IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEPHEN SAMPLES, on behalf of )
himself and all others similarly situated ) No. 3-10-1225
)
v. )
)
THOMPSON & BOOTH, P.C. )

O R D E R

On February 23, 2011, the plaintiff filed a notice of settlement (Docket Entry No. 12) and requested sixty days to file a dismissal.

As a result, the initial case management conference, rescheduled by order entered January 28, 2011 (Docket Entry No. 7), to February 28, 2011, is CANCELLED.

By April 25, 2011, the plaintiff shall file a notice of voluntary dismissal, in accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, or the parties shall file a stipulation or agreed order of dismissal, in accord with Rule 41(a)(1)(A)(ii).

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of any appropriate order after the filing of the notice of voluntary dismissal, or stipulation or agreed order of dismissal to be filed no later than April 25, 2011.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is directed to send a copy of this order to W. Kyle Carpenter by email at kcarpenter@wmbac.com or by regular, first class mail (only) at 900 South Gay Street, 900 Riverview Tower Knoxville, TN 37902.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge