UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

**STEPHEN SAMPLES,**
on behalf of himself and
all others similarly situated )
)
Plaintiff, )
)
v. ) Civil Action No. 3:10-cv-01225
)
**THOMPSON & BOOTH, P.C.** )
)
Defendant. )

---

### NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

---

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Tennessee, Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 1st day of April, 2011

*So Ordered*
*[signature]*

By: /s/Paul K. Guibao
Paul K. Guibao
Attorney for Plaintiff
Weisberg & Meyers, LLC
5722 S. Flamingo Road, #656
Cooper City, FL 33330
Telephone: (888) 595-9111 ext. 227
Facsimile: (866) 565 1327
Email: PGauibao@AttorneysForConsumers.com